UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHAL A. REED,<br><br>   Petitioner,<br><br> v.<br><br>BOB CATES,<br><br>   Respondent. | Case No. 22-cv-07282-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. Nos. 2, 7, 9 |

This is a habeas case filed pro se by a state prisoner. However, petitioner submitted a letter indicating that the petition was erroneously sent to this court by prison staff. Dkt. No. 9. The Court construes this filing as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Plaintiff's motion (Dkt. No. 9) is **GRANTED** and this case is **DISMISSED** without prejudice. All pending motions (Dkt. Nos. 2, 7) are **VACATED**. No fee is due. The Clerk is requested to send petitioner a copy of Dkt. Nos. 1, 2. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: January 9, 2023

                     _____
                     JAMES DONATO
                     United States District Judge